IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA ENID LOPEZ, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | NO. 19-1547 |

**O R D E R**

CARACAPPA, LINDA K., M.J.

AND NOW, this 31st day of March 2020, upon consideration of plaintiff's request for review and defendant's response thereto, IT IS ORDERED that:

1. Plaintiff's Request for Review is DENIED; and

2. The Clerk of Court is directed to mark this case CLOSED.

                                              BY THE COURT:

                                              /S LINDA K. CARACAPPA
                                              LINDA K. CARACAPPA, M.J.